

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-15-00076-CV

**IN THE INTEREST OF R.E.Y., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02744
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The reporter's record was originally due on February 23, 2015. A notice of late record was sent to court reporter David Zarate on March 4, 2015. To date, Mr. Zarate has neither filed the reporter's record nor responded to the late notice. Mr. Zarate is therefore ORDERED to file the reporter's record **on or before April 13, 2015**. *See* TEX. R. APP. P. 35.3(c) (record extensions in accelerated appeals must not exceed 10 days); *see also* Rule 6.2, Texas Rules of Judicial Administration (requiring court of appeals to dispose of parental termination appeals within 180 days after the notice of appeal is filed). **Any request for extension of time will be disfavored**.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court